United States Courts
Southern District of Texas
FILED
*May 18, 2023*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL NO. |
| | § |
| SANTIAGO HERNANDEZ, JR. | §   **4:23-cr-219** |
| ZACHARY AUSTIN PALOMO | § |
| ALEX ANTHONY FISHER | § |
| LORIE LIN FLOWERS | § |
| BRENDA ROXANA SERRANO FIGUEROA, | § |
|      Defendants | § |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Aiding and Abetting Kidnapping

On or about March 17, 2023 continuing through on or about March 18, 2023, in the Southern District of Texas,

**SANTIAGO HERNANDEZ, JR.
ZACHARY AUSTIN PALOMO
ALEX ANTHONY FISHER
LORIE LIN FLOWERS
BRENDA ROXANA SERRANO FIGUEROA**

defendants herein, aiding and abetting each other and others known and unknown to the grand jury, did unlawfully and willfully seize, confine, inveigle, kidnap, abduct, carry away, and hold for otherwise the defendant's own benefit and purpose A.G., M.V. and V.L., without the consent of A.G., M.V. and V.L. and willfully seized, confined, inveigled, kidnapped, abducted, carried away, and held the victim, and such acts were in interstate or foreign commerce and the defendants used means, facilities or instrumentalities of interstate or foreign commerce in committing or in furtherance of the commission of the offense.

In violation of Title 18, United States Code, §§ 1201(a) and 2.

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

BY: _____
John M. Lewis
Assistant United States Attorney